HAROLD G. BECKS, ESQ., Bar No. 59126
**HAROLD G. BECKS & ASSOCIATES**
3255 Wilshire Boulevard, Suite 1734
Los Angeles, California 90010
Telephone: (213) 385-9852
Facsimile: (213) 385-1370

Attorneys for Defendants
**COUNTY OF LOS ANGELES,** *et al.*

JUSTIN H. SANDERS, ESQ., Bar No. 211488
J. STANLEY SANDERS, ESQ., Bar No. 43671
**THE SANDERS FIRM LLP**
333 S. Grand Avenue, 25th Floor
Los Angeles, California 90071
Telephone: (213) 943-1314
Facsimile: (213) 234-4581

Attorneys for Plaintiff
**BLAKE EARL DUPREE**

FILED
CLERK, U.S. DISTRICT COURT
OCT - 5 2009
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLAKE EARL DUPREE, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF LOS ANGELES; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, JAMES TATREAU, in his official and individual capacity; HOLGUIN, in his official and individual capacity; J. LOPEZ, in his official and individual capacity; MARTIN ACOSTA, in his official and individual capacity; R. RUEDAS, in his official and individual capacity; A. LIMBRICK, in his official and individual capacity; LEACH, in his official and individual capacity; R. VANDE VEGTE, in his official and individual capacity; A. TILL, in his official and individual capacity, LEE BACA, in his official and individual capacity, GUERRA, and DOES 1 through 10, inclusive, <br><br> Defendants. | **Case No. CV 09-1110 AHM (SSx)** <br><br> Action Filed: February 18, 2009 <br><br> [Assigned to the Hon. A. Howard Matz] <br><br> [~~PROPOSED~~] *REVISED* **ORDER APPROVING JOINT STIPULATION AND PROTECTIVE ORDER.** |

---

1

[~~PROPOSED~~] ORDER APPROVING JOINT STIPULATION AND PROTECTIVE ORDER

1 |      The Court, having reviewed the *Revised* Joint Stipulation and Protective Order of executed by Plaintiff BLAKE EARL DUPREE, by and through his attorneys of record, JUSTIN H. SANDERS, ESQ., of THE SANDERS FIRM LLP; and Defendants COUNTY OF LOS ANGELES; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, JAMES TATREAU, DANIEL HOLGUIN, J. LOPEZ, MARTIN ACOSTA, R. RUEDAS, A. LIMBRICK, M. LEACH, R. VANDE VEGTE, A. TILL, LEE BACA, J. GUERRA, by and through their attorneys of record, HAROLD G. BECKS, ESQ., of HAROLD G. BECKS & ASSOCIATES, constituting all the parties who have appeared in this lawsuit, and

     GOOD CAUSE appearing in the Joint Stipulation and Protective Order,

     THE JOINT STIPULATION AND PROTECTIVE ORDER IS HEREBY APPROVED AND GRANTED.

**IT IS HEREBY SO ORDERED.**

Dated: 10/5/09

_____
SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE