O     **PRIORITY SEND**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 09-1110 AHM (SSx) | Date | October 26, 2010 |
|---|---|---|---|
| Title | BLAKE EARL DUPREE V. COUNTY OF LOS ANGELES, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| S. Eagle | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:      Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

      On June 29, 2010, per the parties' joint stipulation, the Court issued an order staying this case pending settlement. In the four months since, the parties have not informed the Court of any progress on the contemplated settlement. Accordingly, the Court ORDERS the parties to file a joint status report by October 29, 2010, in which the parties address the current status of the case. If the settlement has not been consummated or is not imminent, the Court intends to set new dates (including for trial) that will require the parties to litigate this case most vigorously and efficiently.

      :      

Initials of Preparer    se