O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 09-1110 AHM (SSx) | Date | February 8, 2011 |
|---|---|---|---|
| Title | BLAKE EARL DUPREE V. COUNTY OF LOS ANGELES, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:             Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

On June 29, 2010, per the parties' joint stipulation, the Court issued an order staying this case pending settlement. On November 1, 2010, based on the parties' submissions regarding the status of settlement, the Court continued the stay until February 1, 2011. On February 2, 2011, the parties submitted a joint status report stating the proposed settlement is in the final stages of approval and requesting the case remain stayed until March 31, 2011. The Court GRANTS the request and continues the stay until March 31, 2011.

Unless the parties have filed a request for dismissal prior to that date, the parties are ORDERED to file a joint status report regarding settlement no later than March 31, 2011.

                                                                                                            :
                                                         Initials of Preparer          SMO