JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLAKE EARL DUPREE, an individual,<br><br>   Plaintiff,<br><br>   vs.<br><br>COUNTY OF LOS ANGELES, etc., et al.,<br><br>   Defendants. | **CASE NO. CV 09-1110 AHM (SSx)**<br>*[Assigned to the Hon. A. Howard Matz in Courtroom 14]*<br><br>~~[PROPOSED]~~ **ORDER GRANTING STIPULATION RE: DISMISSAL OF ALL DEFENDANTS**<br><br>**Complaint Filed: February 17, 2009** |

The Parties' Stipulation Re: Dismissal of All Defendants has come before this Court.

The Court hereby grants the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to F.R.Civ.P. 41(a)(1) as to all Defendants.

DATED: March 23, 2011          _____
                                Hon. A. Howard Matz
   JS-6                         UNITED STATES DISTRICT COURT JUDGE

Collins Collins Muir + Stewart LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone (626) 243-1100
Fax (626) 243-1111

L:\17500\(PROPOSED) ORDER RE STIP RE DISMISSAL.DOC

**ORDER GRANTING STIP. RE: DISMISSAL OF ALL DEFENDANTS**